Name and address:
Neil J. McNabnay
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (512) 472-5070 / Facsimile: (512) 320-8935

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WOBBLEWORKS, INC., | Plaintiff(s), | CASE NUMBER<br>8:17-CV-02147-DOC (DFMx) |
| v. | | |
| DITEC SOLUTIONS, LLC, | Defendant(s), | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $325 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

McNabnay, Neil J.
*Applicant's Name (Last Name, First Name & Middle Initial)*     *check here if federal government attorney* ☐

FISH & RICHARDSON P.C.
*Firm/Agency Name*

| | | |
|---|---|---|
| 1717 Main Street | (214) 747-5070 | (214) 747-2091 |
| Suite 5000 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Dallas, TX 75201 | mcnabnay@fr.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

Ditec Solutions, LLC    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

_____     ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| State Bar of Texas | 11/07/1997 | Yes |
| USDC Northern District of Texas | 01/13/1998 | Yes |
| USDC Southern District of Texas | 12/11/2001 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:16cv03040-MRW | Colt International Inc. v. Quasar Science LLC, et al. | 06/08/16 | Granted - PHV |
| 2:17cv03770-JAK | Eric Lyon and Ryan Murphey v Kate Spade & Co | 10/12/17 | Granted - PHV |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  [X] Yes  [ ] No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  [X] Yes  [ ] No

mcnabnay@fr.com

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 03/08/2018

Neil J. McNabnay
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Frei, Ryan L.
*Designee's Name (Last Name, First Name & Middle Initial)*

FISH & RICHARDSON P.C.
*Firm/Agency Name*

633 West 5th Street
26th Floor
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

(213) 533-4240
*Telephone Number*

(858) 678-5099
*Fax Number*

rfrei@fr.com
*E-mail Address*

310722
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated March 8, 2018

Ryan L. Frei
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

USDC Eastern District of Texas - Admitted 12/07/2001 - Yes, I am a member in good standing

USDC Western District of Texas - Admitted 04/04/2002 - Yes, I am a member in good standing

USDC Western District of Michigan - Admitted 08/08/2006 - Yes, I am a member in good standing

USDC Northern District of Illinois - Admitted 08/26/2013 - Yes, I am a member in good standing

USCA Federal Circuit - Admitted 02/09/2012 - Yes, I am a member in good standing

USDC Eastern District of Michigan - Admitted 10/14/2016 - Yes, I am a member in good standing

USDC Western District of Wisconsin - Admitted 04/17/2017 - Yes, I am a member in good standing

USDC Western District of Wisconsin - Admitted 04/17/2017 - Yes, I am a member in good standing

USDC Eastern District of Wisconsin - Admitted 08/15/2017 - Yes, I am a member in good standing

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 08, 2018


Re: Mr. Neil Joseph McNabnay, State Bar Number 24002583

To Whom It May Concern:

This is to certify that Mr. Neil Joseph McNabnay was licensed to practice law in Texas on November 07, 1997, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

